JERRY OLLIE DOWD v. STATE OF MARYLAND

[No. 124, September Term, 1980.]

*Decided January 19, 1981.*

The cause was submitted to MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

PER CURIAM:

The petition for writ of certiorari filed in this case by Jerry Ollie Dowd presented the following question:

"Does the record support a finding that Petitioner knowingly and voluntarily waived his constitutional right to confront and cross-examine the witness?"

The petition having been granted, the judgment of the Court of Special Appeals affirming the conviction is hereby affirmed. Maryland Rule 811 d 3.

> *Judgment of the Court of Special Appeals affirmed.*
> *Costs to be paid by the petitioner.*